UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>CARRIE M. HARRIS, et al.,<br><br>Defendants. | No. 2:23-cv-03035-DAD-JDP<br><br>ORDER REMANDING ACTION TO THE SAN JOAQUIN COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 4) |

On April 3, 2024, the parties stipulated to remand of this action to the San Joaquin County Superior Court, where this action was originally filed. (Doc. No. 4.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the San Joaquin County Superior Court. The initial scheduling conference currently set for May 14, 2024 is hereby vacated. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 4, 2024**

                                                              _/s/ Dale A. Drozd_
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE